**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Brooks, | No. CV-21-00265-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion of Arizona LLC, | |
| Defendant. | |

On December 15, 2021, the Court held a telephonic scheduling conference, pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court noted Plaintiff's pending Motion for Preliminary Injunction (Doc. 26) and the Defendant's December 17, 2021 deadline to file a Response. During the hearing, Defendant Centurion orally moved for a seven business-day extension for purposes of more thoroughly responding to Plaintiff's Expert's affidavit. (Doc. 26-1.) Plaintiff objected. Good cause appearing,

**IT IS ORDERED** Defendant Centurion shall have up to and including **December 29, 2021**, to file their Response to Plaintiff's Motion for Preliminary Injunction (Doc. 26); and Plaintiff's Reply brief shall be due by **January 5, 2022**.

Dated this 16th day of December, 2021.

Honorable John C. Hinderaker
United States District Judge