**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jesse Brooks,<br><br>             Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>             Defendants. | No. CV-21-00265-TUC-JCH<br><br>**ORDER SETTING PRELIMINARY INJUNCTION HEARING** |

**IT IS ORDERED** setting a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 26) on **WEDNESDAY, FEBRUARY 16, 2022, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the parties shall **jointly** prepare and file a joint pre-hearing statement by **FRIDAY, FEBRUARY 11, 2022,** setting forth the following information:

**I.    PARTIES AND COUNSEL**

Identify by stating the name, mailing address, phone number, and email address of each party and his/her/its counsel.

Plaintiff(s):

Defendant(s):

**II.   PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

A. Each party shall submit separate Proposed Findings of Fact and Conclusions of

Law by the same date the joint pre-hearing statement is due. The Proposed Findings of Fact and Conclusions of Law shall be submitted by: 1) electronically filing a notice of filing the proposed findings of fact and conclusions of law with the Clerk of the Court (the proposed findings of fact and conclusions of law must be attached to this notice); and 2) mailing a paper copy (three-hole punched) to chambers.

    B. Plaintiff should include proposed language for an order granting the injunctive relief he is requesting.

### III.    LIST OF WITNESSES

    A. Each party must provide a list of witnesses it intends to call at the hearing. Detail all scheduling restrictions that are unique to any witness. (e.g., Plaintiff Witness John Doe must testify between 10:00 and 11:00 a.m. because ….)

    B. As to each witness identify whether the witness is a fact or expert witness including a brief statement of the expected testimony of any expert witness.

    C. Specifically, the Court expects the parties to call F. Michael Ferrante, M.D., NP Laura Elliott, and Thomas D. Fowlkes, M.D. The parties may call any additional witnesses they believe would be relevant at this hearing.

    D. The Court will not issue a Writ for Mr. Brooks' testimony until Plaintiff's counsel files a motion to have the Writ issued; the motion must include what time Mr. Brooks should be available and how long is anticipated for his testimony. Any such motion is due by **THURSDAY, JANUARY 27, 2022**.

    E. The following text must be included in this section: "By signing this proposed Joint Pre-hearing Order a party understands that it is responsible for subpoenaing each witness it wishes to have testify. Each signatory understands that any witness a party wishes to call must be listed on that party's list of witnesses and that party cannot rely on the witness being listed or subpoenaed by another party."

**IV.   LIST OF EXHIBITS**

    A.   Provide a numbered list of all exhibits the parties agree are admissible in evidence. List Plaintiff's and Defendant's exhibits separately, provide sufficient information to identify the exhibit, and separately identify those exhibits that the party expects to offer and those it may offer if the need arises.

        (e.g.: Plaintiff's Exbibit 1 – City Hospital records of Plaintiff from March 1, 2020 to March 22, 2020. Plaintiff expects to offer exhibit at the hearing. Defendant objects for lack of foundation because…(all objections must specify the specific grounds for the objection)).

    B.   Provide a numbered list of all exhibits for which the parties have reached a stipulation, including a brief description of the stipulation reached. List Plaintiff's and Defendant's exhibits separately, provide sufficient information to identify each exhibit, and separately identify those exhibits that the party expects to offer and those it may offer if the need arises.

    C.   Provide a numbered list of all exhibits objected to by the party against whom the exhibit is to be offered. List Plaintiff's and Defendant's exhibits separately, provide sufficient information to identify the exhibit, and separately identify those exhibits that the party expects to offer and those it may offer if the need arises.

    D.   The following text must be included in this section: "By signing this Proposed Joint Pre-hearing Order a party acknowledges that any objection to an exhibit not specifically stated herein is waived."

**V.   DEPOSITIONS TO BE OFFERED**

    A.   List the deposition testimony that may be used at the hearing, identifying by page and line number the portion(s) that will be read or submitted and whether any such portion(s) are subject to objection. If the party against whom deposition testimony will be offered objects to the use of any portion(s) of the deposition, succinctly state the grounds for the objection and any response. The party

offering the deposition testimony must provide the Court with a hard copy of the deposition testimony. The offering party must highlight in color the portion(s) of the deposition testimony. If multiple parties are offering the same deposition testimony, only one copy of the deposition must be provided, and the copy must contain each party's highlighting (each party should use a different color).

B. The following text must be included in this section: "By signing this Joint Proposed Pre-hearing Order a party acknowledges that any deposition testimony not listed as provided herein will not be allowed, absent good cause, and any objections not specifically raised herein are waived."

## VI. ESTIMATED LENGTH OF HEARING

The hearing will be set for one day (six hours). Each side will be given three hours of time.

## VII. ADDITIONAL INFORMATION HELPFUL TO THE COURT

A. Identify other matters which will aid in the effective presentation or disposition of the case.

B. Identify other information that may be helpful to the Court.

## VIII. INFORMATION FOR COURT REPORTER

A. The parties must file a "Notice to Court Reporter" **one week before the hearing (FEBRUARY 9, 2022)** containing the following information that may be used at the hearing:

    1. Proper names, including those of witnesses;
    2. Acronyms;
    3. Geographic locations;
    4. Technical (including medical) terms, names, or jargon;
    5. Case names and citations; and
    6. Pronunciation of unusual or difficult words or names.

B. Send (or transmit electronically) to the court reporter a copy of the concordance from key depositions.

C. In the "Notice to Court Reporter" indicate whether a request for realtime, daily copy, and/or expedited transcripts is anticipated.

Dated this 21st day of January, 2022.

_____
Honorable John C. Hinderaker
United States District Judge