1    **WO**

2

3

4

5

6                 **IN THE UNITED STATES DISTRICT COURT**

7                     **FOR THE DISTRICT OF ARIZONA**

8

9    Jesse Brooks,                          No. CV-21-00265-TUC-JCH

10                     Plaintiff,           **ORDER**

11   v.

12   Centurion of Arizona LLC,

13                     Defendant.

14

15        Pending before the Court is parties' Stipulation for Extension of Discovery Deadline

16   ("Stipulation") (Doc. 99). The parties seek to extend the discovery deadlines set in the

17   Court's Scheduling Order (Doc. 29). Good cause appearing,

18

19

20

21

22

23

24

25

26

27

28   ...

**IT IS ORDERED GRANTING** the Stipulation (Doc. 99).

**IT IS FURTHER ORDERED MODIFYING** the deadlines set in the Court's Scheduling Order (Doc. 29), as follows:

1. The deadline for the completion of fact discovery is extended from May 24, 2022, to **June 24, 2022**.

**IT IS FURTHER ORDERED** that the remaining deadlines and instructions in the Scheduling Order (Doc. 29) shall remain in full force and effect.

Dated this 15th day of April, 2022.


_____
Honorable John C. Hinderaker
United States District Judge